IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03038-RPM-KLM

CHRISTINA PERKINS,

    Plaintiff,

v.

RJM ACQUISITIONS LLC, a New York limited liability company,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 10; Filed February 20, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#10] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#10-1, #10-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: February 21, 2013